NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANTONIO JIMENEZ,

Petitioner,

vs.

RANDY GROUNDS, Warden,

Respondent.

No. C 09-04862 JF (PR)

ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS; DENYING CERTIFICATE OF APPEALABILITY

Petitioner, a state prisoner proceeding pro se, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging the denial of parole by the Board of Parole Hearings ("Board") in 2008. The Court found that the petition stated cognizable claims and ordered Respondent to show cause why the petition should not be granted. Respondent filed an answer addressing the merits of the petition, and Petitioner filed a traverse. For the reasons discussed below, Court concludes that Petitioner is not entitled to relief based on the claims presented and will deny the petition.

**BACKGROUND**

In 1987, Petitioner was sentenced to a term of 15 years to life plus 2 years in state prison after pleading nolo contendere to second degree murder with the use of a deadly

weapon. (Pet. at 2.) The Board found Petitioner unsuitable for parole after a parole suitability hearing on November 6, 2008. Petitioner sought habeas relief in the state superior, appellate, and supreme courts, all of which denied relief. Petitioner filed the instant federal petition on October 13, 2009.

**DISCUSSION**

As grounds for federal habeas relief, Petitioner alleges that the Board has continued to "illegally use the unchanging facts of the underlying commitment offense to deny parole suitability in the advent of a significant rehabilitation without any evidence of any nexus between the facts, the crime, and a current safety risk." (Pet. Attach. at 3.) Respondent asserts that Petitioner is not entitled to federal habeas relief because federal due process protection under Superintendent v. Hill, 472 U.S. 445 (1985), is not applicable to state parole decisions. (Ans. at 7; Docket No. 7.)

The United States Supreme Court has recently determined that for the purposes of habeas federal habeas review, a California prisoner is entitled to only "minimal" procedural protections in connection with a parole suitability determination. Swarthout v. Cooke, No. 10-333, slip op. 4-5 (U.S. Jan. 24, 2011). The procedural protections to which the prisoner is entitled under the Due Process Clause of the Fourteenth Amendment are limited to an opportunity to be heard and a statement of the reasons why parole was denied. Id. Here, Petitioner makes no allegation that the Board failed to provide at least these minimum procedural protections, and the Constitution does not require more. Id. at 5.

Whether the Board's decision was supported by some reliable evidence of current dangerousness is irrelevant in federal habeas. The Supreme Court has made clear that "it is no federal concern... whether California's 'some evidence' rule of judicial review (a procedure beyond what the Constitution demands) was correctly applied." Id. at 6. In light of the Supreme Court's determination that due process does not require that there be any amount of evidence to support the parole denial, the petition fails to state a

cognizable claim for relief.

**CONCLUSION**

The Court concludes that Petitioner has failed to show a violation of his federal constitutional rights in the underlying state court proceedings and parole hearing. Accordingly, the petition for writ of habeas corpus is DENIED.

Pursuant to Rule 11 of the Rules Governing Section 2254 Cases, a certificate of appealability ("COA") under 28 U.S.C. § 2253(c) is DENIED because it cannot be said that "reasonable jurists" would find the district court's assessment of the constitution claims debatable or wrong. Slack v. McDaniel, 529 U.S. 473, 484 (2000).

IT IS SO ORDERED.

Dated: 6/27/11

JEREMY FOGEL
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ANTONIO JIMENEZ,

Petitioner,

v.

RANDY GROUNDS, Warden,

Respondent.
_______________________________________/

Case Number: CV09-04862 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 7/25/11, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Antonio Jimenez D-58095
Correctional Training Facility
P.O. Box 686
Soledad, CA 93960

Dated: 7/25/11

Richard W. Wieking, Clerk